MCFARLIN LLP
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
KEVIN ROBINSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBINSON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA BETA COMPANY; and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-01664-PA-E<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Complaint Filed: February 20, 2020
Trial Date: None Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and without prejudice as to each and all of Plaintiff Kevin Robinson's claims and causes of action as alleged in the above-referenced action.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
Hon. Percy Anderson
United States District Judge